**UNITED DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **HARVE JOHNSON,**<br>    Petitioner<br><br>        v.<br><br>**JOHN E. WETZEL, Secretary Designee, Pennsylvania Department of Corrections; LOUIS FOLINO, Superintendent of the State Correctional Institution at Greene; and MARIROSA LAMAS, Superintendent of the State Correctional Institution at Rockview,**<br><br>    Respondents | :<br>:<br>:<br>:   **CIVIL ACTION NO. 3:13-01666**<br>:<br>:        **(JUDGE MANNION)**<br>:<br>:<br>:   **THIS IS A CAPITAL CASE**<br>:<br>:<br>:<br>:<br>: |

**O R D E R**

**AND NOW**, this 6th day of March, 2014, for the reasons set forth in the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. This capital habeas corpus proceeding is **DISMISSED without prejudice**.

2. The Clerk of Court shall **CLOSE** this case.

3. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. §2253(c).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**